UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY E. MOORE,

    Defendant.

Case No. 06-cr-40063-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motions for New Trial filed by Defendant Anthony E. Moore (Docs. 315 and 316). The Government responded (Doc. 364) and the Defendant filed a supplement to the Motions (Doc. 369). The Court held a hearing on November 24, 2008.

The Court must view the evidence presented at trial in the light most favorable to the prosecution and must defer to the credibility determinations made by the jury. *United States v. Christ*, 513 F.3d 762, 770 (7th Cir. 2008). Justice requires a new trial when no rational trier of fact could find the essential elements of a crime beyond a reasonable doubt. *Id*. Here, the jury was given the proper instructions and is presumed to have followed them. The Court's evidentiary rulings were correct as a matter of law, and it declines to revisit them. Viewing the evidence in the light most favorable to the Government, sufficient evidence was presented from which a rational jury could find Moore guilty of the conspiracy charged in Count I of the indictment beyond a reasonable doubt. Accordingly, the Court **DENIES** Moore's Motions for a New Trial (Docs. 315 and 316).

**IT IS SO ORDERED.**
**DATED: November 24, 2008**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**